STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v.
HERBERT GAINES, JR., DEFENDANT-APPELLANT.

Argued November 1, 1977—Decided December 1, 1977.

*Mr. Gerald P. Boswell,* Assistant Deputy Public Defender,
argued the cause for appellant (*Mr. Stanley C. Van Ness,*
Public Defender, attorney).

*Mr. Robert E. Rochford,* Deputy Attorney General, ar-
gued the cause for respondent (*Mr. William F. Hyland,* At-
torney General of New Jersey, attorney).

PER CURIAM. The judgment is affirmed substantially for
the reasons expressed in the majority opinion of the Ap-
pellate Division, 135 *N. J. Super.* 240.

*For affirmance* — Chief Justice HUGHES and Justices
MOUNTAIN, SULLIVAN, PASHMAN, CLIFFORD, SCHREIBER and
HANDLER—7.

*For reversal*—None.